**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Estate of Walter Stanley Crane, Jr.

Appellate case number:   01-21-00389-CV

Trial court case number: 478731

Trial court:             Probate Court No 2 of Harris County

　　　　Appellee has filed a motion to stay briefing deadlines in this appeal pending our ruling on appellee's motion to dismiss the appeal for want of jurisdiction. The motion is **granted**. All briefing deadlines in this appeal are stayed until further order by the Court.

　　　　It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman__
　　　　　　　　　　　　Acting individually


Date: _____December 21, 2021_____